UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DAVID STEBBINS, APPELANT

VS. Case No. 26-7373

SYDNEY REDFIELD, d.b.a. SIDALPHA APPELLEE

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

**O RESPONSE TO MOTION TO APPOINT COUNSEL**

Comes now, pro se Appellant David Stebbins, who hereby submits the following Motion for Extension of Time to file my Reply to Motion for appointment of Counsel in the above-styled action.

1. My desktop computer broke down earlier this week, as documented in this forum thread: www.bleepingcomputer.com/forums/t/819986/desktop-has-no-internet-connection-after-rebooting-the-pc/.

2. I am currently reduced to working from my smartphone and a heavily jury-rigged setup involving taking my laptop to a wifi hotspot. Simply put, I'm in no fit state to be doing legal research at the moment.

3. I respectfully request a 2-week extension of time to reply to the Defendant's Response to my Motion to Appoint Counsel before the Court issues a ruling.

4. For what it's worth, I do have substantial rebuttal arguments to make, including but not limited to the fact that I am indeed disabled and mostly unemployable, and the Court can even take judicial notice thereof because it can see from my Applications for Leave to Proceed In Forma Pauperis that I receive SSI ***because of disability!***

5. More counter-arguments will be forthcoming if the Court grants me an extension of time to file my reply.

So requested on this, the 18th day of November, 2026.

*/s/ David Stebbins*

David Stebbins (pro se)
123 W. Ridge Ave.,
Apt D
Harrison, AR 72601
acerthorn@yahoo.com
870-204-6516