J. Curtis Edmondson (SBN 236105)
Law Offices of J. Curtis Edmondson
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97006
Telephone: (503) 336-3749
jcedmondson@edmolaw.com

Counsel for Appellee Sidney Redfield, d.b.a. SidAlpha

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

DAVID STEBBINS,

Plaintiff–Appellant,

v.

SYDNEY REDFIELD, d.b.a. SIDALPHA,

Defendant–Appellee.

## APPELLEE'S CORPORATE DISCLOSURE STATEMENT

Federal Rule of Appellate Procedure 26.1

Appellee Sidney Redfield, identified in the district court proceedings as Sydney Redfield, doing business as SidAlpha, hereby submits this disclosure statement pursuant to Federal Rule of Appellate Procedure 26.1 and Ninth Circuit Rule 26.1-1.

Appellee is a natural person conducting business under the trade name SidAlpha and is not a corporation. Accordingly, Appellee has no parent corporation, and no publicly held corporation owns 10% or more of any stock in Appellee.

Appellee is not aware of any additional disclosure required under Federal Rule of Appellate Procedure 26.1.

Dated: November 18, 2026

Respectfully submitted,

/s/ J. Curtis Edmondson

J. Curtis Edmondson

Counsel for Appellee Sidney Redfield, d.b.a. SidAlpha

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2026, I electronically filed the foregoing Appellee's Corporate Disclosure Statement with the Clerk of the United States Court of Appeals for the Ninth Circuit using the Court's electronic filing system.

All participants registered for electronic service will be served through that system.

/s/ J. Curtis Edmondson

J. Curtis Edmondson